ABRAHAM WILDER, Respondent, v. SIMON SWERLING and PAUL WILDER, Appellants.— Order setting aside verdict and granting new trial unanimously affirmed, with costs to respondent to abide the event. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.